**Norman Dean SIMMONS, Appellant,**

v.

**Dana Anne SIMMONS, Respondent.**

### No. WD 76116.

Missouri Court of Appeals,
Western District.

Sept. 16, 2014.

Nancy A. Garris, Blue Springs, MO, for appellant.

Anita I. Rodarte, Kansas City, MO, for respondent.

Before Division Two: VICTOR C. HOWARD, Presiding Judge, JAMES E. WELSH, Judge and ANTHONY REX GABBERT, Judge.

### ORDER

PER CURIAM:

Norman Simmons appeals the trial court's judgment of dissolution of marriage, specifically the characterization and division of the parties' property. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).